**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **BILLY WATENPAUGH**, <br><br> Plaintiff, <br><br> vs. <br><br> **RENTON COLLECTIONS, INC.**, <br><br> Defendant. | Case No.: 2:20-cv-1058-BAT <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41, **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Washington, Western District, Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice.

Dated this 11th day of September, 2020

By: s/Joshua Trigsted
Joshua Trigsted, WSBA#42917
Attorney for Plaintiff

NOTICE OF VOLUNTARY
DISMISSAL
Case No. 2:20-cv-1058-BAT

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888)595-9111x216

1